UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CV-00014-FDW-DSC

| AGI ASSOCIATES, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| PROFILE AVIATION CENTER, LLC, & CITY OF HICKORY, NORTH CAROLINA, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon Defendant City of Hickory, North Carolina's Motion to Transfer to Statesville Division. (Doc. No. 10). Neither Plaintiff nor Defendant Profile Aviation Center, LLC has filed a response to this Motion. After consulting with the Chambers of the Honorable Richard L. Voorhees, the Motion is GRANTED and this case is hereby reassigned to Judge Voorhees in the Statesville Division.

IT IS SO ORDERED.

Signed: April 10, 2013

Frank D. Whitney
United States District Judge