**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:13-CV-061-RLV-DCK**

| | | |
|---|---|---|
| **AGI ASSOCIATES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **PROFILE AVIATION CENTER, INC., and the** | ) | |
| **CITY OF HICKORY, NORTH CAROLINA,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay District Court Proceedings Pending Appeal" (Document No. 30) filed March 19, 2014.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay District Court Proceedings Pending Appeal" (Document No. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a status report, jointly if possible, within fourteen (14) days of the Fourth Circuit's ruling in this matter.  At that time, the parties shall also file proposed deadlines for governing the remainder of this case.

**SO ORDERED**.

Signed: March 20, 2014

David C. Keesler
United States Magistrate Judge