**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.  5:13-CV-061-RLV-DCK**

| | | |
|---|---|---|
| **AGI ASSOCIATES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **PROFILE AVIATION CENTER, INC., and the CITY OF HICKORY, NORTH CAROLINA,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, W. B. Hawfield, Jr., filed a "Report Of Mediator" (Document No. 41) notifying the Court that the parties reached a settlement on July 13, 2015.  The Court commends the parties and Mr.  Hawfield for their efforts in resolving this matter.

   **IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal on or before **August 14, 2015**.

   **SO ORDERED**.

         Signed: July 14, 2015

         David C. Keesler
         United States Magistrate Judge